## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX DJAGHARBEKIAN,<br><br>          Plaintiff<br><br>v.<br><br>ATYG LLC d/b/a STEADY CAPITAL SOLUTIONS,<br><br>          Defendant | 1:24-CV-714 (BKS/DJS) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R Civ P 41(a)(1)(A)(i), Plaintiff Alex Djagherbekian, through undersigned counsel, hereby gives notice that the above-styled action against Defendant ATYG LLC, d/b/a Steady Capital Solutions, is voluntarily dismissed without prejudice.

Dated: September 30, 2024.                Respectfully Submitted,

*/s/ Philip J. Krzeski*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (952) 336-2940
*pkrzeski@chestnutcambronne.com*

Randi Kassan
**MILBERG COLEMAN
BRYSON PHILLIPS
GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY  11530
Telephone: (212) 594-5300
*rkassan@milberg.com*

Kevin M. Cox*
**THE LYON FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Telephone: (513) 381-2333
Fax: (513) 766-9011
*kcox@thelyonfirm.com*

*Admitted *pro hac vice*

***Counsel for Plaintiff and the
Putative Class***